FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB - 6 2008

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 4:08CR 00062 SWW |
| ) | 18 U.S.C. §1470 |
| v. ) | 18 U.S.C. §2422(b) |
| ) | |
| ERIC DUSTIN FORD ) | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about June 28, 2007, in the Eastern District of Arkansas and elsewhere, the defendant

ERIC DUSTIN FORD

did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing such individual had not attained the age of 16 years, by using any facility or means of interstate or foreign commerce, i.e. by computer.

All in violation of Title 18, United States Code, Section 1470.

#### COUNT TWO

From on or about January 6, 2007 to on or about September 9, 2007, in the Eastern District of Arkansas and elsewhere, the defendant

ERIC DUSTIN FORD

using facilities and means of interstate commerce, knowingly attempted to persuade, induce, entice and coerce an individual

1

who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offence, that is Sexual Assault in the First Degree (A.C.A. §5-14-124).

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, defendant,

ERIC DUSTIN FORD

shall forfeit to the United States pursuant to Title 28, United States Code, Section 2461(c), all property involved in the commission of the offense including but not limited to the following:

1. One Toshiba Laptop, SN: 16055694Q
2. One Sony Digital Camera, SN:


End of Text.  Signature page attached.