PROB 12B
ED/AR (8/2002)

# United States District Court
## for the
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 15 2009

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Eric Dustin Ford                Case Number: 4:08CR00062-001 SWW

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
                                       United States District Judge

Offense:              Transferring obscene material to a minor

Date of Sentence:     April 29, 2009

Sentence:             Time served plus custody of the Bureau of Prisons pending acceptance to a residential re-entry center; 3 years supervised release; 6 months placement at a residential re-entry center; mental health counseling specializing in sex offender treatment to include polygraph testing; comply with state sex offender registration and notification requirements; no direct contact with minors without the written approval of the probation officer; no internet access without prior approval of the U.S. Probation Officer; prohibited from possessing, subscribing to, or viewing any video, magazine, or other literature depicting children in the nude and/or sexually explicit positions; financial disclosure; no new lines of credit; submit person, residence, office, or vehicle to search conducted by the U.S. Probation Office; DNA; and $100 special penalty assessment

Type of Supervision:  Supervised release        Date Supervision Commenced: April 29, 2009
                                                Expiration Date: April 28, 2012

Asst. U.S. Attorney:  Marsha Clevenger          Defense Attorney: Kim Driggers

U.S. Probation Officer: Tabitha L. Mitchell
Phone No.: 501-604-5277

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The defendant shall be placed in a residential re-entry center (RRC) for a period of up to six (6) months.**

## CAUSE

Mr. Ford entered a residential re-entry center located in Neelyville, Missouri, on June 24, 2009, and he is scheduled to be discharged on December 23, 2009. Mr. Ford does not have a release plan, and he has

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Eric Dustin Ford    Case Number: 4:08CR00062-001 SWW

requested permission to extend his time at the residential re-entry center so that he can work towards his goal of saving more money. On November 23, 2009, Assistant Federal Public Defender Kim Driggers was contacted and agreed to the modification, and Mr. Ford signed the Prob 49 modifying his right to a hearing.

_____        _____
Tabitha L. Mitchell              Marsha Clevenger
U.S. Probation Officer           Assistant U.S. Attorney

Date: December 9, 2009           Date: 12-11-09

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

12-15-09
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

TLM/jkr

c:  Assistant Federal Public Defender, Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
    Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall be placed in a residential re-entry center (RRC) for a period of up to six (6) months.**

Witness: _Tabitha Mitchell_     Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

_11-23-09_
DATE